

A CERTIFIED COPY

ATTEST: _7-8 2015_
THOMAS A. WILDER
DISTRICT CLERK
TARRANT COUNTY, TEXAS
BY: _Cindy Data_
DEPUTY

# DAVID HAGERMAN

DISTRICT JUDGE
297TH JUDICIAL DISTRICT COURT
TIM CURRY CRIMINAL JUSTICE CENTER
401 WEST BELKNAP, 5TH FLOOR
FORT WORTH, TEXAS 76196-0229
TELEPHONE: (817) 884-1906

VALERIE K. ALLEN
OFFICIAL COURT REPORTER
817-884-2915
FAX: 817-884-3274
vkallen@tarrantcounty.com

July 8, 2015

NONA MCDONALD
COURT COORDINATOR
817-884-1256
FAX: 817-884-3274
nmcdonald@tarrantcounty.com

Mr. Christopher Wilkins
#999533
Polunsky Unit
3872 FM 350 South
Livingston, Texas 77351

Re:     Christopher Wilkins – Case Number 1002038D, CCA Number AP-75,878

Dear Mr. Wilkins:

     Enclosed you will find a certified copy of this Court's Order of July 6, 2015.
Please note the order sets the execution for Wednesday October 28, 2015.

Sincerely,

JUDGE DAVID HAGERMAN
Judge 297th District Court

RECEIVED IN
COURT OF CRIMINAL APPEALS

JUL 13 2015

Abel Acosta, Clerk

Enclosure (1)

cc:
Ms. Joni White
Director
RECORDS & CLASSIFICATION
P.O. BOX 99
HUNTSVILLE, TX 77340

Sharen Wilson
Tarrant County District Attorney
401 West Belknap
Fort Worth, Texas 76196-0101

Louise Pearson, Clerk
Court of Criminal Appeals
PO Box 12308, Capitol Station
Austin, Texas 78711

Hilary Sheard
7301 Burnet Road, # 102-328
Austin, Texas 78757

Jeremy Greenwell
Assistant Attorney General
P.O. Box 12548
Austin, Texas 78711

A CERTIFIED COPY
ATTEST: 7-6-2015
THOMAS A. WILDER
DISTRICT CLERK
TARRANT COUNTY, TEXAS
BY: _____
DEPUTY 1 of 3

FILED
THOMAS A WILDER, DIST. CLERK
TARRANT COUNTY, TEXAS

JUL 06 2015

TIME 2139
BY_____ CON DEPUTY

No. 1002038D

EX PARTE § IN THE 297TH JUDICIAL

§ DISTRICT COURT OF

CHRISTOPHER CHUBASCO WILKINS § TARRANT COUNTY, TEXAS

## ORDER SETTING EXECUTION

This day this cause being again called, the State appeared by District Attorney and the defendant, Christopher Chubasco Wilkins, appeared in person, in the charge of the Sheriff, along with the defendant's counsel, Hilary Sheard, for the purpose of having sentence of law pronounced in accordance with the verdict and judgment rendered against him at a former term of this Court: to wit, on the 12th day of March 2008.

The Texas Court of Criminal Appeals affirmed the defendant's conviction and death sentence on direct appeal on October 20, 2010, and the Supreme Court of the United States denied his petition for a writ of certiorari on May 23, 2011. See Wilkins v. State, No. AP-75,878 (Tex.Crim. App. October 20, 2010) (unpublished), cert. denied, 131 S. Ct. 2901 (2011). The defendant filed a state application for writ of habeas corpus, which the Court of Criminal Appeals of Texas denied on February 2, 2011. See Ex parte Wilkins, No. WR-75,229-01 (Tex. Crim. App. February 2, 2011) (unpublished).

The United States District Court for the Northern District of Texas having denied the defendant relief on his federal petition for writ of habeas corpus and the United States Court of Appeals for the Fifth Circuit having denied the defendant's request for a certificate of appealability, the defendant has exhausted his avenues for relief through the federal courts. See Wilkins v. Thaler, No. 4:12-CV-270-A (N.D. Tex. January 29, 2013) (unpublished); Wilkins v. Thaler, No. 13-70014 (5th Cir. March 25, 2014) (unpublished). On February 23, 2015, the Supreme Court of the United States denied the prisoner's petition for writ of certiorari. See Wilkins v. Stephen, 135 S.Ct. 1397 (2015).

Thereupon this Court proceeded to pronounce sentence against the defendant, Christopher Chubasco Wilkins, as follows:

You, Christopher Chubasco Wilkins, were indicted by the Grand Jury of Tarrant County, Texas, charging you with the offense of capital murder. A jury upon your trial returned a verdict in this Court on the 4th day of March 2008, finding you guilty of the offense of capital murder. The same jury also returned a verdict in this Court on the 11th day of March 2008, with affirmative findings on the issue or issues submitted to the jury at punishment, pursuant to Article 37.071, Sections 2(b) (1) of the Texas Code of Criminal Procedure, and with a negative finding on the issue submitted to the jury at punishment, pursuant to Article 37.071, Section 2(e) (1). This Court, in accordance with the jury's findings at punishment, assessed your punishment at death. The judgment of this Court was reviewed by the Texas Court of Criminal Appeals and the Court of Criminal Appeals affirmed the judgment of this Court in all things. This Court is now proceeding with the judgment and sentence in your case.

Whereupon the defendant was asked by the Court whether he had anything to say as to why sentence of this Court should not be pronounced against him, and the defendant answered nothing in bar. The Court then proceeded, in the presence of the defendant and his counsel, to pronounce sentence against the defendant as follows:

It is the order of this Court that you, Christopher Chubasco Wilkins, having been adjudged guilty of capital murder and having been assessed punishment at death, in accordance with the findings of the jury and the judgment of this Court, shall at some time after the hour of 6:00 p.m. on the 28th day of October 2015, be put to death by an executioner designated by the Director of the Correctional Institutions Division of the Texas Department of Criminal Justice, who shall cause a substance or substances in a lethal quantity to be intravenously injected into your body sufficient to cause your death, and until your death, such execution procedure to be determined and supervised by the Director of the Correctional Institutions Division of the Texas Department of Criminal Justice.

It is ORDERED that the Clerk of this Court shall issue a death warrant, in accordance with this sentence, to the Director of the Correctional Institutions Division of the Texas Department of Criminal Justice, and shall deliver such warrant to the Sheriff of Tarrant County, Texas, to be by him delivered to the Director of the Correctional Institutions Division of the Texas Department of Criminal Justice, together with the defendant, Christopher Chubasco Wilkins.

A CERTIFIED COPY

ATTEST: 7-8-15

THOMAS A. WILDER
DISTRICT CLERK
TARRANT COUNTY, TEXAS

BY: Cindy Dutto
DEPUTY 2 of 3

The defendant, <u>Christopher Chubasco Wilkins</u>, is hereby remanded to the custody of the Sheriff of Tarrant County, Texas, to await transfer to Huntsville, Texas, and the execution of this sentence of death.

SIGNED and ENTERED this ____8TH day of ____July____ 2015.

David C. Hagerman, Presiding Judge
297th Judicial District Court
Tarrant County, Texas

A CERTIFIED COPY
ATTEST:____7-8-15____
THOMAS A. WILDER
DISTRICT CLERK
TARRANT COUNTY, TEXAS
BY:____Cindy Barter____
DEPUTY 3 of 3